# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**708**

**CA 14-01857**

PRESENT: SCUDDER, P.J., CARNI, SCONIERS, VALENTINO, AND WHALEN, JJ.

---

DAVID G. HARRIS, PLAINTIFF-APPELLANT,

V                                                                    ORDER

SYRACUSE UNIVERSITY, NANCY CANTOR, ERIC SPINA,
MELVIN STITH, RANDAL ELDER AND SUSAN ALBRING,
DEFENDANTS-RESPONDENTS.
(APPEAL NO. 2.)

---

DAVID G. HARRIS, PLAINTIFF-APPELLANT PRO SE.

WARD GREENBERG HELLER & REIDY LLP, ROCHESTER (THOMAS S. D'ANTONIO OF
COUNSEL), FOR DEFENDANTS-RESPONDENTS.

---------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Onondaga County (Brian
F. DeJoseph, J.), entered April 3, 2014.  The order, among other
things, denied the motion of plaintiff for a stay of judgment.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered:  June 12, 2015                           Frances E. Cafarell
                                                  Clerk of the Court